

OA<del>O</del> Criminal Complaint

# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

FILED
2008 MAY 30 AM 9 27
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA
V.

MARIA ESCALERA-ESTRADA
a/k/a SOFIA ESCALERA

**CRIMINAL COMPLAINT**

Case Number: 08-70307 PVT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about **May 15, 2007** in **Monterey** County, in
the **Northern** District of **California** defendant(s) did,

(Track Statutory Language of Offense)
did knowingly make a false statement in an application for a United States passport, specifically by claiming that she was born in Texas,

in violation of Title **18** United States Code, Section(s) **1542**.

I further state that I am a(n) **Special Agent** and that this complaint is based on the
following facts:

Please see attached affidavit.

Penalties: 10 years imprisonment, $250,000 fine, $100 special assessment, 3 years supervised release

No Bail Warrant Requested

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Approved As To Form: _____/s/ Bryan Kuhl_____
AUSA

_____/s/_____
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

Date: **5/30/08**    at   **SAN JOSE, CA**
City and State

PATRICIA V. TRUMBULL
Name & Title of Judicial Officer

_____/s/ Patricia V. Trumbull_____
Signature of Judicial Officer

# AFFIDAVIT OF SPECIAL AGENT JEFFREY DUBSICK IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeffrey C. Dubsick, being duly sworn, depose and state:

## *Affiant Background*

1. I am a Special Agent employed by the Diplomatic Security Service (DSS) which is an agency of the United States State Department. DSS Special Agents are empowered under Title 22, United States Code, Section 2709 to investigate passport fraud and to apply for and serve arrest warrants.

2. I have a bachelor's degree from the University of California and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since December 2004, and have received and receive, on an ongoing basis, training in the laws, rules and regulations concerning passports. My previous investigations have resulted in at least 40 convictions for passport fraud or a related offense.

## *Purpose of Affidavit*

3. This affidavit establishes probable cause to arrest MARIA ESTELA ESCALERA-ESTRADA, also known as SOFIA ESCALERA, for False Statement in Application for a Passport, in violation of 18 U.S.C. § 1542, when she applied for a passport and falsely stated she was born in Texas, when in truth and in fact, she was born in Mexico.

4. This affidavit is based in part upon my personal knowledge, interviews, and the review of various records and documents obtained during this investigation. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation, however, no detail or fact that would potentially negate probable cause has been excluded.

## *Relevant Statute*

5. The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license and Social Security number, with their application. In addition, a person can submit a previously issued United States passport to the State Department as proof of both citizenship and identity.

6. Title 18, United States Code, Section 1542 states, in pertinent part, "Whoever willfully and knowingly makes any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for their own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws...shall be fined under this title...or imprisoned not more than 10 years...or both." Title 18, United States Code, Section 3291 provides for a ten year statute of limitations for passport offenses.

*Facts Supporting Probable Cause*

7. On or about May 15, 2007, a person purporting to be SOFIA ESCALERA submitted an application for a United States passport at the Soledad Post Office, which is located in Northern District of California. This person submitted a certified Texas birth certificate and a California Identification Card (N5565927), in the same SOFIA ESCALERA name, with her application. This person also listed that she was born in Texas on the passport application. This application was referred to DSS for criminal investigation because of the existence of fraud indicators.

8. On November 1, 2007, Special Agent Jose Pacheco of DSS obtained a copy of the fingerprint associated with the California Identification Card (N5565927) from the California Department of Motor Vehicles. It should be noted that this Identification Card was submitted with the passport application at issue. Special Agent Pacheco then submitted this fingerprint to the Department of Homeland Security (DHS) for comparison. DHS subsequently matched this fingerprint with ones previously on file for MARIA ESTELA ESCALERA-ESTRADA, born in San Luis, Mexico, and not Texas. Further, Special Agent Jose Pacheco of DSS reviewed an Alien File for MARIA ESTELA ESCALERA-ESTRADA, where DHS listed her birthplace as being in Mexico, and not Texas.

*Conclusion*

9. Based on the facts and information detailed in the affidavit, I believe probable cause exists that MARIA ESTELA ESCALERA-ESTRADA also known as SOFIA ESCALERA, made a false statement in a passport application, in violation of 18 U.S.C. § 1542, when she falsely stated her place of birth was Texas on the aforementioned passport application. As such, I respectfully request a warrant for her arrest.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information and belief.

Jeffrey C. Dubsick
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
ON MAY 30, 2008

THE HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge