AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Maria Escalera-Estrada | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 08-70307-PVT |

I, __Sofia Escalera Cruz AKA Maria Escalera-Estrada__, the above named defendant, who is accused of

__18 U.S. § 1542 (False Application for passport)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6-19-08__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

JUN 19 2008
CLERK,
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

X __John E. Diaz__
Defendant

__[signature]__
Counsel for Defendant

Before __[signature]__
Judicial Officer