```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
 5
    TIFFANY DAY
 6  Law Clerk

 7     150 Almaden Blvd., Suite 900
       San Jose, California 95113
 8     Telephone: (408) 535-5056
       FAX: (408) 535-5066
 9     Susan.Knight@usdoj.gov
       Tiffany.Day@usdoj.gov
10
    Attorneys for Plaintiff
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARIA ESTELA ESCALERA-ESTRADA, <br> a/k/a SOFIA ESCALERA <br> Defendant. | No. 08-70307 PVT <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER RULE 5 AND THE SPEEDY TRIAL ACT <br><br> SAN JOSE VENUE |

On June 19, 2008, the undersigned parties appeared before the Court for an arraignment. Assistant Federal Public Defender Manuel U. Araujo appeared on behalf of the defendant. The parties then requested that an arraignment be rescheduled for August 7, 2008 in order to afford Mr. Araujo an opportunity to review the discovery in the case and consult with the defendant about a possible disposition. The defendant, through Mr. Araujo, agreed to waive time under

STIPULATION AND [PROPOSED] ORDER
No. 08-70307 PVT                                    1

1 | Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from June 19, 2008
2 | to August 7, 2008. The parties agree and stipulate that an exclusion of time is appropriate based
3 | on the defendant's need for effective preparation of counsel.
4 | SO STIPULATED:         JOSEPH P. RUSSONIELLO
                           United States Attorney
5 |
6 | DATED: 6/19/08         /s/
                           SUSAN KNIGHT
7 |                        Assistant United States Attorney
8 | DATED: 6/19/08         /s/
9 |                        MANUEL U. ARAUJO
                           Counsel for Ms. Escalera-Estrada
10 |
11 |    Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is
12 | continued to August 7, 2008 at 9:30 a.m. Good cause is shown and the continuance is proper
13 | under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.
14 |    For good cause shown, the Court FURTHER ORDERS that time be excluded under the
15 | Speedy Trial Act from June 19, 2008 through August 7, 2008. The Court finds, based on the
16 | aforementioned reasons, that the ends of justice served by granting the requested continuance
17 | outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
18 | the requested continuance would deny defense counsel reasonable time necessary for effective
19 | preparation, taking into account the exercise of due diligence, and would result in a miscarriage
20 | of justice. The Court therefore concludes that this exclusion of time should be made under 18
21 | U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
22 | SO ORDERED.
23 |
24 | DATED: _____
25 |                        RICHARD SEEBORG
                           United States Magistrate Judge
26 |
27 |
28 |

STIPULATION AND [PROPOSED] ORDER
No. 08-70307 PVT                    2

Case 5:08-mj-70307-PVT    Document 7    Filed 06/24/2008    Page 4 of 4