JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-70307 PVT |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER RULE 5 AND THE SPEEDY TRIAL ACT |
| SOFIA ESCALERA, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

    On August 28, 2008, the undersigned parties appeared before the Court for an arraignment. At the appearance, Assistant United States Attorney Susan Knight explained to the Court that the government was in the process of obtaining additional records from the Social Security Administration for the defense. In addition, Assistant Federal Public Defender Manuel Araujo explained the he was continuing his investigation of the case, and needed the aforementioned documents in order to advise the defendant. The parties then requested that an arraignment be scheduled for September 25, 2008 in order for the government to obtain the requested documents and to afford Mr. Araujo an opportunity to review them and consult with the defendant. The

defendant, through Mr. Araujo, agreed to waive time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from August 28, 2008 to September 25, 2008. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                                  JOSEPH P. RUSSONIELLO
                                                United States Attorney

DATED: 8/28/08                                          /s/
                                                SUSAN KNIGHT
                                                Assistant United States Attorney

DATED: 8/28/08                                          /s/
                                                MANUEL ARAUJO
                                                Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to September 25, 2008 at 9:30 a.m. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 28, 2008 through September 25, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 9/2/08                                   _____
                                                PATRICIA V. TRUMBULL
                                                United States Magistrate Judge