JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-70307 PVT |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER RULE 5 AND THE SPEEDY TRIAL ACT |
| SOFIA ESCALERA, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

    On September 25, 2008, the undersigned parties appeared before the Court for an arraignment. At the appearance, Assistant United States Attorney Susan Knight explained to the Court that the government was waiting for additional documents from the Social Security Administration to turn over to defense counsel, and was conducting further investigation based upon defense counsel's assertions that the defendant is who she purports to be. In addition, Assistant Federal Public Defender Manuel Araujo explained the he was continuing his investigation of the case, and needed the aforementioned documents in order to advise the defendant. The parties then requested that an arraignment be scheduled for November 6, 2008 in order for the government to obtain the requested documents and to afford Mr. Araujo an

1 | opportunity to review them and consult with the defendant.  The defendant, through Mr. Araujo,
2 | agreed to waive time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy
3 | Trial Act from September 25, 2008 to November 6, 2008.  The parties agree and stipulate that an
4 | exclusion of time is appropriate based on the defendant's need for effective preparation of
5 | counsel.

6 | SO STIPULATED:          JOSEPH P. RUSSONIELLO
                                United States Attorney

8 | DATED: 9/26/08          _____/s/_____
                                SUSAN KNIGHT
9 |          Assistant United States Attorney

10 | DATED: 9/26/08          _____/s/_____
                                MANUEL ARAUJO
         Assistant Federal Public Defender

13 |      Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is
14 | continued to November 6, 2008 at 9:30 a.m.  Good cause is shown and the continuance is
15 | proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.
16 |      For good cause shown, the Court FURTHER ORDERS that time be excluded under the
17 | Speedy Trial Act from September 25, 2008 through November 6, 2008.  The Court finds, based
18 | on the aforementioned reasons, that the ends of justice served by granting the requested
19 | continuance outweigh the best interest of the public and the defendant in a speedy trial.  The
20 | failure to grant the requested continuance would deny defense counsel reasonable time necessary
21 | for effective preparation, taking into account the exercise of due diligence, and would result in a
22 | miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made
23 | under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
24 | SO ORDERED.

26 | DATED: __October 2, 2008__       *Patricia V. Trumbull*
                                              PATRICIA V. TRUMBULL
27 |                  United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
NO. 08-70307 PVT                    3