**FILED**

OCT - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>MARIA ESCALERA-ESTRADA, a.k.a.,<br>Sofia Escalera-Diaz,<br><br>  Defendant. | No. 08-70307 - PVT<br><br>[PROPOSED] ORDER PERMITING MARIA ESCALERA-ESTRADA, A.K.A., SOFIA ESCALERA-DIAZ TO TRAVEL TO LAS VEGAS, NEVADA OCTOBER 8, 2008 AND RETURN ON OR BEFORE OCTOBER 20, 2008<br><br>HON. RICHARD SEEBORG |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The Order Setting the Conditions of Release issued by the Court on June 3, 2008, shall be modified to permit Maria Escalera-Estrada, a.k.a., Sofia Escalera-Diaz to travel to Las Vegas, Nevada on October 8, 2008 and return to the Northern District of California on or before October 20, 2008. It Is Further Ordered that the defendant shall provide her travel itinerary to Pretrial Services before departing to Las Vegas, Nevada.

All other conditions of release ordered on June 3, 2008, remain in full force and effect.

Dated: October 3, 2008

HON. RICHARD SEEBORG,
United States Magistrate Judge

ORDER PERMITTING TRAVEL
No. 08-70307 PVT                          1