JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOFIA ESCALERA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 08-70307 PVT <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING ARRAIGNMENT DATE AND EXCLUDING TIME UNDER RULE 5 AND THE SPEEDY TRIAL ACT <br><br> SAN JOSE VENUE |

    The parties respectfully request that the arraignment in the above-captioned case be continued from November 6, 2008 to December 18, 2008 at 9:30 a.m. before Magistrate Judge Seeborg. The reason for the continuance is to afford both the government and Assistant Federal Public Defender Manuel Araujo additional time complete their investigations. The defendant has been charged with making a false statement in an application for a United States passport, and AFPD Araujo has provided the government with information that the defendant is actually who she purports to be. Therefore, the government needs to investigate such information and decide how to proceed with the case. The parties agree and stipulation to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from November 6, 2008 to

1  December 18, 2008. The parties agree and stipulate that an exclusion of time is appropriate
2  based on the defendant's need for effective preparation of counsel.
3  SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
4
5  DATED: 10/30/08                                  /s/
                                            SUSAN KNIGHT
6                                           Assistant United States Attorney

7
   DATED: 10/30/08                                  /s/
8                                           MANUEL ARAUJO
                                            Assistant Federal Public Defender
9

10     Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is
11 continued to December 18, 2008 at 9:30 a.m. before Magistrate Judge Seeborg. Good cause is
12 shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure
13 and 18 U.S.C. § 3060.
14     For good cause shown, the Court FURTHER ORDERS that time be excluded under the
15 Speedy Trial Act from November 6, 2008 through December 18, 2008. The Court finds, based
16 on the aforementioned reasons, that the ends of justice served by granting the requested
17 continuance outweigh the best interest of the public and the defendant in a speedy trial. The
18 failure to grant the requested continuance would deny defense counsel reasonable time necessary
19 for effective preparation, taking into account the exercise of due diligence, and would result in a
20 miscarriage of justice. The Court therefore concludes that this exclusion of time should be made
21 under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
22 SO ORDERED.
23
24 DATED: 10/31/08
                                            _____
25                                          HOWARD R. LLOYD
                                            United States Magistrate Judge
26
27
28